JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE A. DOBSON, et al., | Case No. CV 16-8366-ODW (SP) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND, INTER ALIA, REMANDING CASE TO LOS ANGELES SUPERIOR COURT** |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, proposed First Amended Complaint, other records on file, and the Report and Recommendation of the United States Magistrate Judge. No party has filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

\\

\\

1    IT IS THEREFORE ORDERED: (1) plaintiff's Motion to Amend (docket no. 12) is granted; (2) the proposed First Amended Complaint attached as Exhibit A to the Motion to Amend is deemed filed, and is the operative complaint in this action; (3) defendant Law Offices of Marlene Furth's Motion to Dismiss (docket no. 13) is denied without prejudice as moot; (4) defendant County of Los Angeles's Motion to Dismiss (docket no. 15) is denied without prejudice as moot; (5) plaintiff's Motion to Remand (docket no. 11) is granted; and (6) the case is remanded to the Superior Court of California, County of Los Angeles.

DATED: August 10, 2017

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE